IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

2023 FEB -6  PM 12: 32

| | |
|---|---|
| Reverend Dr. Samuel T Whatley and Samuel T Whatley, II<br><br>-against-<br><br>City of North Charleston,<br>North Charleston Police Department,<br>North Charleston Code Enforcement, and<br>City of North Charleston Municipal Court | **Complaint for a Civil Case**<br><br>Case No. _____<br><br>Jury Trial: ☒ Yes ☐ No |

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Plaintiff No. 1

| | |
|---|---|
| Name | Reverend. Dr. Samuel T Whatley |
| Street Address | 579 Folly Road Unit 14254 |
| City and County | Charleston |
| State and Zip Code | South Carolina 29422 |
| Telephone Number | 803-446-7215 |

Plaintiff No. 2

| | |
|---|---|
| Name | Samuel T Whatley, II |
| Street Address | 579 Folly Road Unit 14254 |
| City and County | Charleston |
| State and Zip Code | South Carolina 29422 |
| Telephone Number | 910-850-1202 |

### B. The Defendant(s)

Defendant No. 1

| | |
|---|---|
| Name | City of North Charleston |
| Street Address | 2500 City Hall Ln |
| City and County | North Charleston |
| State and Zip Code | South Carolina 29406 |
| Telephone Number | 843-554-5700 |

Defendant No. 2

| | |
|---|---|
| Name | North Charleston Police Department |
| Street Address | 2500 City Hall Ln |

|  |  |
|---|---|
| City and County | North Charleston |
| State and Zip Code | South Carolina 29406 |
| Telephone Number | 843-743-7200 |

Defendant No. 3

| Name | North Charleston Code Enforcement |
|---|---|
| Street Address | 2500 City Hall Ln |
| City and County | North Charleston |
| State and Zip Code | South Carolina 29406 |
| Telephone Number | 843-740-2838 |

Defendant No. 4

| Name | City of North Charleston Municipal Court |
|---|---|
| Street Address | 2500 City Hall Ln |
| City and County | North Charleston |
| State and Zip Code | South Carolina 29406 |
| Telephone Number | 843-740-2838 |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

⊠   Federal question             ☐   Diversity

of citizenship Fill out the paragraphs in this section that apply

to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5 U.S.C. § 552

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Various Freedom of Information Act (FOIA) requests were sent to defendants' departments in the summer of 2022 with cut off dates. The defendants were unresponsive or claimed to not have responsive records (see Exhibits). The requests were regarding the proof of completion and training certification of the municipal judges, annual budget of grant monies from federal, state, and local levels to non-governmental organizations, and the body camera footage/notes of incident # (2022031636)/photos.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Release of the information in the FOIA requests mentioned as it relates to case 2:22-cv-04419-DCN-MHC.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case- related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 27, 2023.

Signature of Plaintiff No. 1

Printed Name of Plaintiff No. 1

Reverend. Dr. Samuel T Whatley

Signature of Plaintiff No. 2

Printed Name of Plaintiff No. 2

Samuel T Whatley, II