AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reverend Dr. Samuel T Whatley and Samuel T Whatley, II<br>*Plaintiffs*<br>v.<br>City of North Charleston, North Charleston Police Department, North Charleston Code Enforcement, and City of North Charleston Municipal Court,<br>*Defendants* | )<br>)<br>)  Civil Action No.    2:23-cv-516-SAL<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiffs, Reverend Dr. Samuel T Whatley and Samuel T Whatley, II., take nothing of defendants, City of North Charleston, North Charleston Police Department, North Charleston Code Enforcement, and City of North Charleston Municipal Court, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☐ decided by the Court, the Honorable Sherri A. Lydon, US District Judge, presiding. The Court have adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, which recommended dismissal.

Date: May 12, 2023                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/ Amanda D. Hilley
                                                                    *Signature of Clerk or Deputy Clerk*